UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAXFUL, INC.,

                                         **Plaintiff,**                                                  **21-CV-03330 (PGG) (SN)**

            -against-                                                                   **ORDER**

ANDREI LUKKONEN,

                                         **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On August 23, 2021, the Honorable Paul G. Gardephe referred this matter to my docket for general pretrial supervision. See ECF No. 23. In light of the parties' discovery disputes, a conference is scheduled for Thursday, August 26, 2021, at 2:30 p.m. At that time, the parties shall call the Court's dedicated teleconferencing line at (877) 402-9757, and enter access code 7938632, followed by the pound (#) key. Plaintiff may address Defendant's letter motion by filing a brief letter with the Court by no later than Wednesday, August 25, 2021.

**SO ORDERED.**

                                                                              SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:      August 24, 2021
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021