UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAXFUL, INC.,

                              **Plaintiff,**                        21-CV-03330 (PGG) (SN)

        -against-                                                 **ORDER**

ANDREI LUKKONEN,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the settlement recently reached in <u>Paxful, Inc. v. Veremejenko</u>, 21-cv-03332 (PGG)(SN), the parties are ORDERED to meet and confer as to whether a settlement conference would be productive at this time. If the parties would like to schedule a settlement conference, they are directed to contact Courtroom Deputy Rachel Slusher no later than May 20, 2022, via email at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     May 11, 2022
               New York, New York